UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROGER COOK** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. |
| | * | |
| **CAL DIVE INTERNATIONAL, INC.** | * | SECTION: |
| | * | |
| | * | JURY DEMAND |
| * * * * * * | * | |

## COMPLAINT

Complainant, **ROGER COOK**, a person of the full age of majority and resident of the State of Texas, through undersigned counsel, brings this action against **CAL DIVE INTERNATIONAL, INC.**, (hereinafter "respondent"), and avers:

### JURISDICTION AND PARTIES

**I.**

Jurisdiction of this Honorable Court is based on the Jones Act, (46 U.S.C. § 30104, *et. seq.*), and under the general maritime law for general maritime negligence, unseaworthiness and for maintenance and cure.

**II.**

Parties named herein are as follows:

1. Named Complainant herein is:

   **ROGER COOK**, a resident of the full age of majority of the State of Texas;

1

2. Named Respondent herein is:

**CAL DIVE INTERNATIONAL, INC.**, a domestic corporation authorized to do and doing business in the State of Louisiana.

### III.

The amount in controversy herein exceeds the minimal jurisdictional requirements of this Honorable Court, exclusive of interest and costs.

### IV.

At all times pertinent herein **CAL DIVE INTERNATIONAL, INC.**, was the owner and operator of the **PIPELAY/BURY BARGE LONE STAR**.

### FACTS

### V.

On or about 16 November 2010, Complainant, **ROGER COOK**, was employed by **CAL DIVE INTERNATIONAL, INC.**, as a seaman and member of the crew of the **PIPELAY/BURY BARGE LONE STAR**, a vessel under the ownership, control and authority of Respondent, **CAL DIVE INTERNATIONAL, INC.**, as the **PIPELAY/BURY BARGE LONE STAR** was conducting commercial diving operations.

### VI.

On the aforementioned date Complainant, **ROGER COOK**, while conducting a dive from the **PIPELAY/BURY BARGE LONE STAR**, sustained central nervous system decompression illness to his vestibular system and inner ear.

**VII.**

As a result of the aforementioned incident, Complainant, **ROGER COOK**, was caused to sustain severe and disabling injuries to his body.

**VIII.**

As a direct result of the incident aforementioned in Paragraph **VII.**, your Complainant, **ROGER COOK,** has sustained a disability, incurred and will continue to incur in the future loss of wages, found, fringe benefits, earning capacity and has incurred and will incur in the future, medical expenses and other financial losses, for which he is entitled to recover from **CAL DIVE INTERNATIONAL, INC.**

**CAUSES OF ACTION**

**JONES ACT**

**IX.**

Complainant's damages were the proximate and direct result of the following negligent acts of the Respondent, **CAL DIVE INTERNATIONAL, INC.**, in its operation and maintenance of the task at hand and in the operation of the **PIPELAY/BURY BARGE LONE STAR,** complainant's working conditions and in the supervision of and planning and direction of the work of the vessel's crew; additionally and more specifically, **CAL DIVE INTERNATIONAL, INC.**, was negligent in failing to:

1. Plan and implement a safe dive plan for the dive in question;

2. Provide proper medical care and treatment following the report by Complainant of symptoms of central nervous system decompression illness to his supervisors;

3. Properly and reasonably select and implement an overall plan to complete the tasks at hand in a safe and non-hazardous manner;

4. Provide Complainant with a safe and non-hazardous workplace;

5. Provide proper and sufficient tools and manpower to complete the tasks at hand;

6. And any other acts of negligence discovered during the prosecution of these causes of actions.

## GENERAL MARITIME LAW

## UNSEAWORTHINESS and NEGLIGENCE

### X.

At all times pertinent hereto, Respondent, **CAL DIVE INTERNATIONAL, INC.**, owned, controlled, operated, provisioned and manned the **PIPELAY/BURY BARGE LONE STAR,** upon which **ROGER COOK** was assigned during his employment with **CAL DIVE INTERNATIONAL, INC.**

### XI.

Under the General Maritime Law, it was the duty of Respondent, **CAL DIVE INTERNATIONAL, INC.**, to furnish Complainant, **ROGER COOK**, with a safe place in which to work and with safe gear, appurtenances, equipment, a properly manned vessel and to conduct operations aboard the vessels in a safe and proper manner; in connection with Complainant's injuries and disability, **CAL DIVE INTERNATIONAL, INC.**, was negligent in the operation of the vessel and its operations on or about 16 November 2010.

## XII.

Complainant avers that through the actions and/or inactions of **CAL DIVE INTERNATIONAL, INC.**, that the **PIPELAY/BURY BARGE LONE STAR** on which Complainant was assigned was rendered unseaworthy.

## XIII.

The injuries, disabilities and damages sustained by Complainant in the aforementioned paragraphs of this Complaint were caused by the unseaworthy condition of the **PIPELAY/BURY BARGE LONE STAR** on which Complainant was assigned during his employment for **CAL DIVE INTERNATIONAL, INC.**, and by the negligence of **CAL DIVE INTERNATIONAL, INC.**, in the operation of said vessel and operations on or about 16 November 2010.

## JURY TRIAL

## XIV.

Complainant, **ROGER COOK**, desires and is entitled to a trial by jury on the issues sued upon herein.

**WHEREFORE,**

1. Complainant, **ROGER COOK**, prays for judgment against Respondent, **CAL DIVE INTERNATIONAL, INC.**, in an amount as may be proper in the premises, and for all costs and disbursements in this action, and for all general and equitable relief.

2. Complainant, **ROGER COOK**, also prays for judgment against **CAL DIVE INTERNATIONAL, INC.**, requiring **CAL DIVE INTERNATIONAL, INC.**, to provide appropriate medical care and rehabilitation due Complainant and for all maintenance and

cure benefits due Complainant under the law, in addition to attorney's fees, damages and costs for instituting this cause of action.

      3.      Complainant, **ROGER COOK**, further prays for trial by jury.

                                        Respectfully submitted,

                                        **DELISE & HALL**

                                        <u>   s/Bobby J. Delise         </u>
                                        **BOBBY J. DELISE T.A. (#4847)**
                                        **ALTON J. HALL, JR. (#20846)**
                                        7924 Maple Street
                                        New Orleans, LA  70118
                                        Telephone: (504) 836-8000
                                        Telecopier: (504) 836-8020
                                        bdelise@divelawyer.com
                                        ***Counsel for Complainant,***
                                        ***ROGER COOK***

**<u>WAIVE SERVICE AT THIS TIME FOR</u>:**
**CAL DIVE INTERNATIONAL, INC.**