UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROGER COOK                                         CIVIL ACTION

VERSUS                                             NO. 11-3002

CAL DRIVE INTERNATIONAL, INC.                      SECTION "B"(1)

ORDER

Considering Plaintiff's Motion to Dismiss, with Prejudice (Rec. Doc. No. 10),

**IT IS ORDERED** that the foregoing motion is **GRANTED.**

Accordingly, **IT IS FURTHER ORDERED** that Plaintiff's Motion to Reopen (Rec. Doc. No. 9) for the purpose of filing a Motion to Dismiss is **DISMISSED as moot.**

New Orleans, Louisiana, this 5th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE